460 A.2d 869

Slyman, Appellant v. Zeni-McKinney-Williams.
Petition for Allowance of Appeal
Denied Sept. 29, 1983.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.
Judgment affirmed.